# United States District Court
## Southern District of Georgia

OLIVER WENDELL FIELDS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 618-135

STATE OF GEORGIA,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated October 8, 2019 adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, that Plaintiff's Complaint is hereby dismissed; furthermore, Plaintiff is denied leave to appeal in forma pauperis. This case stands closed.

10/08/2019
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*